**Kamar ADARDOUR, Plaintiff–**
**Appellant,**

v.

**AMERICAN SETTLEMENTS INCOR-**
**PORATED, trading as Metro Settle-**
**ments Incorporated, Defendant–Ap-**
**pellee,**

**and**

**Citi Financial Services Incorporated,**
**trading as Washington Mutual Fi-**
**nance Incorporated, Defendant.**

No. 09–1893.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 17, 2010.

Decided: June 8, 2010.

Carl L. Crews, C. Lowell Crews, Attorney at Law, PLLC, Arlington, Virginia, for Appellant. Craig L. Sarner, Bonner Kiernan Trebach & Crociata, LLP, Washington, D.C., for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamar Adardour appeals the district court's orders granting American Settlements Incorporated's summary judgment motion on Adardour's claim under the Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1–196 to 59.1–207 (2006 & Supp.2009), and her claim for tortious interference with contractual relationship.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See Adardour v. American Settlements Inc.,* No. 1:08–cv–00798–AJT–TRJ (E.D.Va. filed June 23, 2009, entered June 24, 2009; 2009 WL 1971458, July 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The district court had diversity jurisdiction pursuant to 28 U.S.C. § 1332 (2006), and we exercise jurisdiction over the district court's final judgment under 28 U.S.C. § 1291 (2006).